IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RANDY PETTER AND ADRIENNE PETTER,** | § § § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | **CIVIL ACTION NO. 4:22-cv-1281** |
| **SAFECO INSURANCE COMPANY OF INDIANA,** | § § § § | |
| *Defendant*. | § | |

## DEFENDANT'S INDEX OF MATTERS BEING FILED

TO THE HONORABLE COURT:

Pursuant to 28 U.S.C. §1446(a) and Rule 81 of the Local Rules of the United States District Court for the Southern District of Texas, Defendant Safeco Insurance Company of Indiana, files this Index of Matters Being Filed with Defendant's Notice of Removal:

1) Defendant's Index of Matters Being Filed;
2) Civil Cover Sheet;
3) Plaintiff's Original Petition (Exhibit A);
4) Policy Declarations (Exhibit B);
5) Plaintiff's Demand Letter (Exhibit C);
5) Citation  (Exhibit D);
6) Defendant's Original Answer (Exhibit E);
6) Docket Sheet for the 155th Judicial District Court of Austin County, Texas (Exhibit F);
7) Defendant's List of All Counsel of Record; and
8) Defendant's Rule 7.1 Disclosure Statement.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, LLP**

By: */s/ Christopher H. Avery*
J. Mark Kressenberg
Fed. Adm. No. 7793
Texas State Bar No. 11725900
mkressenberg@thompsoncoe.com
Christopher H. Avery
Fed. Adm. No. 1018590
Bar No. 24069321
cavery@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299

**ATTORNEYS FOR DEFENDANT,
SAFECO INSURANCE COMPANY
OF INDIANA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument has been served via e-filing, e-service or certified mail/regular mail on this the 21st day of April 2022 on the following counsel of record:

Jeffrey T. Embry
Margaret C. Pennell
Hossley Embry, LLP
515 S. Vine Ave.
Tyler, Texas 75702

Christopher P. Peirce
Hossley Embry, LLP
14241 Dallas Pkwy, Suite 240
Dallas, Texas 75254

*/s/ Christopher H. Avery*
Christopher H. Avery