

## SAFECO INSURANCE COMPANY OF INDIANA
Home Office: 350 East 96th St, Indianapolis, IN 46240 (A stock insurance company.)

## QUALITY SELECT HOMEOWNERS POLICY DECLARATIONS

```
INSURED:                                    POLICY NUMBER:    0Y6719937
RANDY PETTER                                POLICY PERIOD FROM: JUNE 11 2019
ADRIENNE PETTER                                          AT:  12:01 A.M.
434 N 3RD ST
WALLIS TX  77485-7522                                    TO:  JUNE 11 2020

                                            AGENT:
                                            RUZICKA INSURANCE SERVICES INC
RESIDENCE PREMISES:                         PO BOX 2905
Same                                        SUGAR LAND      TX   77487-2905

                                            TELEPHONE:  (281) 565-7550
```

### IMPORTANT NOTICES

- Your policy has renewed effective June 11, 2019.
- THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR WINDSTORM OR HAIL LOSSES.
- The dollar amount of each percentage deductible is calculated by multiplying the Coverage A, B or C limit of liability shown in your Declarations by the deductible percentage amount. As a result, the calculated dollar amount of each percentage deductible will increase if the Coverage A, B or C limit of liability increases and will decrease if the Coverage A, B or C limit of liability decreases.

| COVERAGES | LIMIT | PREMIUM |
|---|---|---|
| **SECTION I - PROPERTY COVERAGES** | | |
| A - Dwelling | $ 520,300 | $ REDACTED |
| B - Other Structures | 52,030 | |
| C - Personal Property | 312,180 | |
| D - Additional Living Expense and Loss of Rent | 104,060 | |
| **SECTION II - LIABILITY COVERAGES** | | |
| E - Personal Liability (each occurrence) | 500,000 | REDACTED |
| F - Medical Payments (each person) | 5,000 | |
| **INCLUDED COVERAGES** | | |
| Optimum Package Endorsement | | Included |
| Full Value on Personal Property | | Included |
| Loss Assessment | 5,000 | Included |
| Building Ordinance or Law Coverage | 5,000 | Included |
| Fungi, Wet or Dry Rot, or Bacteria | 5,000 | Included |

| OPTIONS | LIMIT | PREMIUM |
|---|---|---|
| Option G - Unscheduled Jewelry, Furs, Fine Arts | $ 10,000 | $ REDACTED |
| Option ID - Identity Recovery | 25,000 | REDACTED |
| Foundation Water Damage | 25,000 | REDACTED |
| Water Seepage or Leakage Coverage - Texas | | REDACTED |
| Additional Dwelling Liability | | REDACTED |
|   (1 dwelling owned and occupied by insured) | | |
| Option AAA - Add'l Premises Rented to Others | | REDACTED |
|   (4 dwellings rented) | | |

| CREDITS | PERCENTAGE | SAVINGS |
|---|---|---|
| Account Credit | 20% | $ REDACTED |
| Umbrella Credit | 2% | REDACTED |
| Renewal Credit | 2% | REDACTED |
| Burglar Alarm Credit | 2% | REDACTED |

EXHIBIT B

**SAFECO INSURANCE COMPANY OF INDIANA**
**QUALITY SELECT HOMEOWNERS POLICY DECLARATIONS**

CONTINUED

POLICY NUMBER:   0Y6719937

| DEDUCTIBLE(S) | PERCENTAGE | AMOUNT |
|---|---|---|
| Section I, except as noted below | 1% | $ REDACTED |
| Windstorm or Hail Deductible | 2% | $ REDACTED |
| Opt Prot Home - Refrg Spoilage | N/A | $ REDACTED |
| Loss Assessment | N/A | $ REDACTED |
| Opt G-Unsched Jewlry,Furs,FineArts | N/A | $ REDACTED |
| Opt ID - ID Recovery Exp Reimb. | N/A | $ REDACTED |
| Section I - Volunteer America | N/A | $ REDACTED |

| TOTAL ANNUAL PREMIUM | $ REDACTED |
|---|---|

You may pay your premium in full or in installments. There is no installment fee for the following billing plans: Full Pay. Installment fees for all other billing plans are listed below. If more than one policy is billed on the installment bill, only the highest fee is charged. The fee is:
   $0.00 per installment for recurring automatic deduction (EFT)
   $5.00 per installment for recurring credit card or debit card
   $3.00 per installment for all other payment methods

**POLICY FORMS APPLICABLE TO THIS POLICY:**

```
CHO-6203/TXEP  4/06     - OPT G UNSCHED JEWELRY TX SELECT
CHO-6389/TXEP  5/07     - TX OPT ID - IDENTITY FRAUD EXP COVG
CHO-6295/TXEP R1 10/08  - SAFECO QUALTY SEL HOMEOWNERS POL
CHO-1232/TXEP  7/92     - EXECUTION CLAUSE - TEXAS
CHO-6529/TXEP  4/10     - FULL VALUE PERSONAL PROPERTY
CHO-6536/TXEP  4/10     - TX - FOUNDATION WATER DAMAGE
CHO-6391/TXEP  6/15     - OPTIMUM ENDORSEMENT - TEXAS
CHO-6548/TXEP R2 9/16   - AMENDATORY ENDORSEMENT - TEXAS
```



# TEXAS QUALITY SELECT HOMEOWNERS POLICY

## Table of Contents

|  |  | Beginning On Page |
|---|---|---|
|  | INSURING AGREEMENT | 1 |
| SECTION I PROPERTY COVERAGES | COVERAGE A — DWELLING | 1 |
|  | COVERAGE B — OTHER STRUCTURES |  |
|  |     Building Property We Cover |  |
|  |     Building Property We Do Not Cover |  |
|  | COVERAGE C — PERSONAL PROPERTY |  |
|  |     Personal Property We Cover |  |
|  |     Personal Property We Do Not Cover |  |
|  | PERILS INSURED AGAINST | 3 |
|  |     Property Losses We Cover |  |
|  |     Property Losses We Do Not Cover |  |
|  | COVERAGE D — ADDITIONAL LIVING EXPENSE AND LOSS OF RENT | 7 |
|  | ADDITIONAL PROPERTY COVERAGES |  |
|  | PROPERTY CONDITIONS |  |
| SECTION II LIABILITY COVERAGES | COVERAGES E & F — PERSONAL LIABILITY AND MEDICAL PAYMENTS | 14 |
|  |     Liability Losses We Cover |  |
|  |     Liability Losses We Do Not Cover |  |
|  | ADDITIONAL LIABILITY COVERAGES |  |
|  | LIABILITY CONDITIONS |  |
| SECTIONS I AND II | PROPERTY AND LIABILITY CONDITIONS | 21 |
|  | ADDITIONAL COVERAGES | 23 |
|  | POLICY DEFINITIONS | 24 |
| OPTIONAL COVERAGES | - Full Value Personal Property |  |
|  | Option G    - Unscheduled Jewelry, Furs and Fine Arts |  |
|  | Option ID   - Identity Recovery |  |
|  | Option OP  - Optimum Package Endorsement |  |
|  | - Foundation Water Damage |  |



CHO-6295/TXEP R1 10/08
G1