ORIGINAL

# THE STATE OF TEXAS
CITATION BY CERTIFIED MAIL

TO: SAFECO INSURANCE COMPANY OF INDIANA
MAY BE SERVED THROUGH ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY
211 E 7TH ST, STE 620
AUSTIN TX 78701-3218

NOTICE:

YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT *texaslawhelp.org*.

PLAINTIFFS' ORIGINAL PETITION WAS FILED IN THE 155TH JUDICIAL DISTRICT COURT OF AUSTIN COUNTY, TEXAS ON MARCH 18, 2022, AS NUMBERED AND STYLED BELOW:

NO. 2022V-0019

| | |
|---|---|
| RANDY PETTER AND ADRIENNE PETTER VS. SAFECO INSURANCE COMPANY OF INDIANA | IN THE DISTRICT COURT AUSTIN COUNTY, TEXAS 155TH JUDICIAL DISTRICT |

THE NAME AND ADDRESS OF ATTORNEY REPRESENTING THE PLAINTIFFS IS:

CHRISTOPHER P. PEIRCE
ATTORNEY AT LAW
14241 DALLAS PKWY, STE 240
DALLAS TX 75254
214-390-2349

THE NATURE OF PLAINTIFFS' DEMAND IS FULLY SHOWN BY A TRUE AND CORRECT COPY OF PLAINTIFFS' ORIGINAL PETITION ACCOMPANYING THIS CITATION AND MADE A PART HEREOF.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT AT BELLVILLE, TEXAS ON MARCH 18, 2022.

ATTEST: SUE MURPHY, DISTRICT CLERK

(SEAL)

BY: _____
DEPUTY

ONE EAST MAIN, BELLVILLE,
AUSTIN COUNTY, TEXAS 77418

EXHIBIT D

OFFICER'S RETURN BY MAILING

CAME TO HAND MARCH 18, 2022, AND EXECUTED BY MAILING TO THE DEFENDANT CERTIFIED MAIL, RETURN RECEIPT REQUESTED WITH RESTRICTED DELIVERY A TRUE AND CORRECT COPY OF THIS CITATION TOGETHER WITH AN ATTACHED COPY OF PLAINTIFF'S PETITION TO THE FOLLOWING ADDRESS:

SAFECO INSURANCE COMPANY OF INDIANA
CORPORATION SERVICE COMPANY
211 E 7TH ST, STE 620
AUSTIN TX 78701-3218
7021 0950 0002 1687 1799

SERVICE UPON THE DEFENDANT IS EVIDENCED BY THE RETURN RECEIPT SIGNED BY: _Stamped - Viva Syas Logistics (AAO) - Carlos Mendos_

AND DATED: _3/24/2022_

THIS CITATION WAS NOT EXECUTED FOR THE FOLLOWING REASON: _____

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY,

_____ CLERK

BY: _____ DEPUTY

FEE FOR SERVING CITATION $ 95.00/xx

*USE AFFIDAVIT IF OUT OF STATE SERVICE RULES OF COURT 108

THE STATE OF TEXAS
COUNTY OF AUSTIN

ON THIS DAY, THE ABOVE PERSON WHOSE SIGNATURE APPEARS ON THE FOREGOING RETURN, PERSONALLY APPEARED. AFTER BEING BY ME DULY SWORN, STATED THAT THIS CITATION WAS EXECUTED BY SAID PERSON IN THE EXACT MANNER RECITED ON THE RETURN.

SWORN TO AND SUBSCRIBED BEFORE ME ON _____, 2022.

_____
NOTARY PUBLIC

| R: COMPLET__ __S SECTION | COMPLETE THIS SECT__ __N DELIVERY |
|---|---|
| plete items 1, 2, and 3.<br>your name and address on the reverse<br>at we can return the card to you.<br>h this card to the back of the mailpiece,<br>the front if space permits. | A. Signature<br>X    Viva Tejas Logistics (AAO__<br><br>B. Received by (Printed Name)  C. Date<br>MAR 24 2022 |
| Addressed to:<br><br>:V-0019<br>CO INSURANCE COMPANY OF INDIANA<br>PORATION SERVICE COMPANY,<br>STERED AGENT<br>7TH ST, STE 620<br>IN TX 78701-3218 | D. Is delivery address different from item 1?  ☐<br>If YES, enter delivery address below:  ☐<br>Carlos Mendoz |

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail E__
☐ Registered M__
☐ Registered M__ Delivery
☐ Return Recei__ Merchandise
☐ Signature Con__
☐ Signature Con__ Restricted De__

Number (Transfer from service label)
0950 0002 1687 1799

3811, July 2015 PSN 7530-02-000-9053                                  Domestic Retur__

