# REGISTER OF ACTIONS
## CASE NO. 2022V-0019

| | | |
|---|---|---|
| RANDY PETTER AND ADRIENNE PETTER VS. SAFECO INSURANCE COMPANY OF INDIANA | § § § § § | Case Type: **Contract: Other**<br>Date Filed: **03/18/2022**<br>Location: **155th Judicial District Court** |

### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| Defendant | SAFECO INSURANCE COMPANY OF INDIANA<br>  AUSTIN, TX 78701-3218 | | **CHRISTOPHER H. AVERY**<br>*Retained*<br>713-403-8210(W) |
| Plaintiff | PETTER, ADRIENNE | Female | **CHRISTOPHER P. PEIRCE**<br>*Retained*<br>214-390-2349(W)<br><br>JEFFREY T. EMBRY<br>*Retained*<br>903-526-1772(W) |
| Plaintiff | PETTER, RANDY | Male | **CHRISTOPHER P. PEIRCE**<br>*Retained*<br>214-390-2349(W)<br><br>JEFFREY T. EMBRY<br>*Retained*<br>903-526-1772(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 03/18/2022 | **ORIGINAL PETITION (OCA)**<br>  PLAINTIFFS' ORIGINAL PETITION |
| 03/18/2022 | **CITATION**<br>  CITATION BY CERTIFIED MAIL - 7021 0950 0002 1687 1799 |
| 03/18/2022 | **CITATION BY CERTIFIED MAIL**<br>  SAFECO INSURANCE COMPANY OF INDIANA    Unserved |
| 03/28/2022 | **GREEN CARD**<br>  STAMPED VIVA TEJAS LOGISTICS; NOT DATED |
| 04/13/2022 | **ORIGINAL ANSWER**<br>  DEFENDANT'S ORIGINAL ANSWER |
| 04/20/2022 | **LETTER**<br>  Letter |

### FINANCIAL INFORMATION

**Defendant** SAFECO INSURANCE COMPANY OF INDIANA
Total Financial Assessment                                                                                                2.00
Total Payments and Credits                                                                                                2.00
**Balance Due as of 04/20/2022**                                                                                      **0.00**

| | | | | |
|---|---|---|---|---|
| 04/20/2022 | Transaction Assessment | | | 2.00 |
| 04/20/2022 | eFile Payment Type - DC | Receipt # 2022-22495 | SAFECO INSURANCE COMPANY OF INDIANA | (2.00) |

**Plaintiff** PETTER, RANDY
Total Financial Assessment                                                                                              466.00
Total Payments and Credits                                                                                              466.00
**Balance Due as of 04/20/2022**                                                                                      **0.00**

| | | | | |
|---|---|---|---|---|
| 03/18/2022 | Transaction Assessment | | | 466.00 |
| 03/18/2022 | eFile Payment Type - DC | Receipt # 2022-22247 | Petter, Randy | (329.00) |
| 03/18/2022 | STATE CREDIT | | | (137.00) |

**EXHIBIT F**