IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY PETTER AND ADRIENNE PETTER, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 4:22-cv-1281 |
| SAFECO INSURANCE COMPANY OF INDIANA | § § § § | |
| Defendant. | § | |

## DEFENDANT'S LIST OF ALL COUNSEL OF RECORD

TO THE HONORABLE COURT:

Pursuant to Rule 81 of the Local Rules of the United States District Court for the Southern District of Texas, Defendant Safeco Insurance Company of Indiana, files this List of All Counsel of Record with Defendant's Notice of Removal:

| | |
|---|---|
| Counsel for Plaintiffs, Randy Petter and Adrienne Petter | Jeffrey T. Emby<br>Margaret C. Pennell<br>Hossley Embry, LLP<br>515 S. Vine Ave.<br>Tyler, Texas 75702<br>903-526-1772<br>and<br>Christopher P. Peirce<br>Hossley Embry, LLP<br>14241 Dallas Pkwy, Suite 240<br>Dallas, Texas 75254<br>214-390-2349 |
| Counsel for Defendant, Safeco Insurance Company of Indiana | J. Mark Kressenberg<br>Christopher H. Avery<br>Thompson, Coe, Cousins & Irons, LLP<br>One Riverway, Suite 1400<br>Houston, Texas 77056<br>713-403-8210 |

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, LLP**

By:    */s/ Christopher H. Avery*
       J. Mark Kressenberg, Attorney-in-Charge
       Southern District No. 7793
       State Bar No. 11725900
       Christopher H. Avery
       Southern District No. 1018590
       State Bar No. 24069321
       One Riverway, Suite 1400
       Houston, Texas 77056
       713-403-8210
       713-403-8299 – Facsimile
       mkressenberg@thompsoncoe.com
       cavery@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT,
SAFECO INSURANCE COMPANY
OF INDIANA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument has been served via e-filing, e-service or certified mail/regular mail on this the 21st day of April 2022 on the following counsel of record:

Jeffrey T. Embry
Margaret C. Pennell
Hossley Embry, LLP
515 S. Vine Ave.
Tyler, Texas 75702

Christopher P. Peirce
Hossley Embry, LLP
14241 Dallas Pkwy, Suite 240
Dallas, Texas 75254

                */s/ Christopher H. Avery*
                Christopher H. Avery