**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RANDY PETTER AND ADRIENNE PETTER,** | § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | **CIVIL ACTION NO. 4:22-cv-1281** |
| **SAFECO INSURANCE COMPANY OF INDIANA,** | § § § § | |
| *Defendant*. | § | |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Safeco Insurance Company of Indiana, files the following Rule 7.1 Disclosure Statement:

1. Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

2. LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.

3. Liberty Mutual Group, Inc. owns 100% of the stock of Liberty Mutual Insurance Company; Liberty Mutual Fire Insurance Company and Employers Insurance Company of Wausau.

4. Liberty Mutual Insurance Company owns 93.060% of the stock of Liberty Insurance Holdings, Inc.

5. Liberty Mutual Fire Insurance Company owns 2.892% of the stock of Liberty Insurance Holdings, Inc.

6. Employers Insurance Company of Wausau owns 4.048% of the stock of Liberty Insurance Holdings, Inc.

7. Liberty Insurance Holdings, Inc. owns 100% of the stock of LIH US P&C Corporation.

8. LIH US P&C Corporation owns 100% of the stock of Safeco Corporation.

9. Safeco Corporation owns 100% of the stock of General Insurance Company of America.

10. General Insurance Company of America owns 100% of the stock of Safeco Insurance Company of Indiana.

None of these entities is publicly traded.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, LLP**

By: /s/ Christopher H. Avery  
J. Mark Kressenberg, Attorney-in-Charge  
Southern District No. 7793  
State Bar No. 11725900  
Christopher H. Avery  
Southern District No. 1018590  
State Bar No. 24069321  
One Riverway, Suite 1400  
Houston, Texas 77056  
713-403-8210  
713-403-8299 – Facsimile  
mkressenberg@thompsoncoe.com  
cavery@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT,  
SAFECO INSURANCE COMPANY  
OF INDIANA**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this instrument has been served via e-filing, e-service or certified mail/regular mail on this the 21st day of April, 2022 on the following counsel of record:

Jeffrey T. Embry
Margaret C. Pennell
Hossley Embry, LLP
515 S. Vine Ave.
Tyler, Texas 75702

Christopher P. Peirce
Hossley Embry, LLP
14241 Dallas Pkwy, Suite 240
Dallas, Texas 75254

                                                    */s/ Christopher H. Avery*_____
                                                    Christopher H. Avery